UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20282-CR-DLG

UNITED STATES OF AMERICA

vs.

DEMARRIO PEACOCK,

      **Defendant.**
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses counts 2 and 3 of the indictment in this case without prejudice.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: May 26th, 2009

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (AUSA Jason Linder)
    Defense Counsel of Record